598 A.2d 29

**Nancy A. LASKY and Robert J. Lasky, her husband,**

v.

**CARNIVAL CRUISE LINES, INC., a Corporation,
and Carnival Tours, Inc., a Corporation.**

**Appeal of CARNIVAL CRUISE LINES, INC., a Corporation.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1991.
Decided Oct. 30, 1991.

Robert W. Murdoch, Grogan, Graffam, McGinley & Lucchino, P.C., Pittsburgh, for appellant.

Saul Davis, Pittsburgh, for appellees.

Irving M. Portnoy Evans, Rosen, Portnoy & Quinn, Pittsburgh, Terrence R. Nealon, Foley, McLane, Nealon, Foley & McDonald, Scranton, for amicus curiae Pennsylvania Trial Lawyers Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed. *See Schrock v. Albert Einstein Medical Center,* 527 Pa. 191, 589 A.2d 1103 (1991).